ACCEPTED
14-15-00190-CV
FOURTEENTH COURT OF APPEAL
HOUSTON, TEXAS
3/18/2015 9:26:22 PM
CHRISTOPHER PRIN
CLERK

**No. 14-15-00190-CV**

IN THE COURT OF APPEALS
FOR THE FOURTEEN DISTRICT OF TEXAS
HOUSTON, TEXAS

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
3/18/2015 9:26:22 PM
CHRISTOPHER A. PRINE
Clerk

**CHRISTINE E. REULE,**
*Appellant*
v.
**JOHN R. BELUS**
*Appellee*

_____

On Appeal from Cause No.  2014-37325
190TH Judicial District Court of Harris County, Texas

_____

**APPELLANT'S RESPONSE TO THE COURT'S ORDER RE PAYMENT OF FEES**

-------------------------------------------------------------------------------------------------------------


CHRISTINE E. REULE
Pro Se
1831 Sherwood Forest #24
Houston, Texas 77043
(713) 365-0535

IDENTITY OF PARTIES AND THEIR COUNSEL

Appellant, Christine E. Reule, hereby certifies that the following are the list of parties and their respective counsel, if any, to the best of her knowledge and understanding of the rules.

PARTIES                                    COUNSEL

Appellant
CHRISTINE E. REULE                         Pro Se
                                           1831 Sherwood Forest
                                           #24
                                           Houston, Texas 77043
                                           (713) 365-0535
                                           Creule@msn.com


Appellee
 JOHN R. BELUS                             D. John Neese
                                           2118 Smith Street
                                           Houston, Texas 77002
                                           jneese@hmgnc.com


KELLY SANCHEZ AND VALLOUREC                Jeffrey D. Burbach
DRILLING PRODUCTS USA, INC                 Jackson Walker L.L.P.
                                           1401 McKinney,
                                           Suite 1900
                                           Houston, Texas  77010
                                           713.752.4262 (direct)
                                            jburbach@jw.com

 WENDY HATZ AND DURA
 BOND PIPE                                 COREY REED
                                           Thompson Coe Cousins &
                                           Irons, L.L.P
                                           One Riverway, Suite 1400
                                           Houston, Texas 77056
                                           Phone: 713-403-8213
                                           creed@thompsoncoe.com

TO THE HONORABLE COURT OF APPEALS OF TEXAS:

Christine E. Reule, Appellant, and those similarly situated, respectfully submits this Response to this court's order demanding payment of fees, and would show the Court as follows:

On February 20, 2015, at the same time she filed her Notice of Appeal, Appellant filed her declaration of indigence that went unopposed. It was granted by operation of law.

Dated: March 18, 2015    Respectfully submitted,

/s/Christine Reule

_____
Christine E. Reule
1831 Sherwood Forest #24
Houston, Texas 77043
Creule@msn.com

CERTIFICATE OF MAILING

The above and foregoing document was served in accordance with Rule 21a on this 18th day of March 2015, on all interested parties in this case.